People ex rel. Roberts v Dannhauser (2024 NY Slip Op 04537)

People ex rel. Roberts v Dannhauser

2024 NY Slip Op 04537

Decided on September 24, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
LILLIAN WAN
JAMES P. MCCORMACK, JJ.

2024-09014

[*1]The People of the State of New York, ex rel. Samuel Roberts, on behalf of A.C., petitioner,
v Jess Dannhauser, etc., respondent.

Twyla Carter, New York, NY (Samuel Roberts pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Joseph M. DiPietro, and Timothy Shortt of counsel), for respondent.

Writ of habeas corpus in the nature of an application to release A.C. upon her own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72031/2024. Application by the petitioner to seal the papers filed in connection with the application for a writ of habeas corpus.
ORDERED that the application is denied; and it is further,
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
IANNACCI, J.P., MALTESE, WAN and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court